**FILED**
**4/29/2025**
**1:25-cr-00239**
**Judge Sunil R. Harjani**
**Magistrate Judge Daniel P. McLaughlin**
**Cat. 2/ Random**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL WILLIS | Violation: Title 18, United States Code, Section 2252A(a)(2)(A)<br><br>**UNDERSEAL** |

The SPECIAL MAY 2024 GRAND JURY charges:

On or about April 25, 2020, at New Lenox, in the Northern District of Illinois, Eastern Division, and elsewhere,

DANIEL WILLIS,

defendant herein, did knowingly distribute and cause to be distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including a file entitled "VID-20180106-WA0034", a file entitled "8yo bj facial", and a file entitled "Vicky bondage", using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

1

## **FORFEITURE ALLEGATION**

The SPECIAL MAY 2024 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A, and any property used and intended to be used to commit and to promote the commission of such offense, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes, but is not limited to, the following specific property: a black iPhone XR with Serial Number C6KXN5C0KXKW.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY