**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25 CR 239 |
| v. | ) | |
| | ) | Hon. Sunil R. Harjani |
| Daniel Willis, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Arraignment hearing held on 8/17/26 as to Defendant Daniel Willis. Caitlin Walgamuth appeared on behalf of the Government. Attorney Jonathan Bedi appeared on behalf of the defendant. The Government advised the defendant of the charges pending against him, and the maximum penalties. Defendant was advised of his rights. Defendant acknowledged receipt of the superseding information. Waiver of indictment accepted. Oral motion to dismiss the Indictment is granted without objection. Change of plea hearing held. Defendant was sworn and advised of his rights. The Defendant enters a plea of guilty as to count 2 of the superseding information. Enter Plea Agreement. Cause is referred to the U.S. Probation Office for the preparation of the pre-sentence investigation report. Governments and Defendant's version of the offense are due pursuant to the schedule in LCR 32.1. Presentence report (PSR) is due by 12/1/2026. Government's sentencing memorandum is due by 12/16/2026. Defendant's response is due by 1/12/2027. Sentencing is set for 1/19/2027 at 1:30 p.m. in Courtroom 1925. Probation Office shall disclose its recommendations to the government and defendant. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). Jury trial set for 8/24/2026 has been stricken.

T (00.45)

Date: 8/17/2026 /s/Sunil R. Harjani